# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-02-00807-CR

**Gabriel Edgar Saucedo Infante, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF CALDWELL COUNTY, 274TH JUDICIAL DISTRICT
### NO. 2002-002, HONORABLE CLAUDE D. DAVIS, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Gabriel Edgar Saucedo Infante seeks to appeal a conviction for aggravated kidnapping and conspiracy. Sentence was imposed on August 28, 2002. The motion for new trial filed September 30, 2002, was not timely and did not serve to extend the time for perfecting appeal. *See* Tex. R. App. P. 21.4(a). In fact, the notice of appeal filed December 3, 2002, was untimely in any case. *See* Tex. R. App. P. 26.2(a). Under the circumstances, we lack jurisdiction to dispose of the purported appeal in any manner other than by dismissing it for want of jurisdiction. *Slaton v. State*, 981 S.W.2d 208 (Tex. Crim. App.1998); *Olivo v. State*, 918 S.W.2d 519, 522-23 (Tex. Crim. App. 1996).

The appeal is dismissed.

_____

Bea Ann Smith, Justice

Before Chief Justice Law, Justices B. A. Smith and Puryear

Dismissed for Want of Jurisdiction

Filed:   February 13, 2003

Do Not Publish